Name and address:
David Marroso
O'Melveny & Myers LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Music Rights, LLC <br> Plaintiff(s) <br> v. <br> Radio Music License Committee, Inc. <br> and Does 1 through 3,000 <br> Defendant(s). | **CASE NUMBER** <br> 2:16-cv-09051 BRO (ASx) <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Hassi, Edward
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-383-5336    202-383-5414
*Telephone Number*    *Fax Number*

ehassi@omm.com
*E-Mail Address*

of O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Global Music Rights, LLC
*Name(s) of Party(ies) Represented*

[X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: _____

and designating as Local Counsel

Marroso, David
*Designee's Name (Last Name, First Name & Middle Initial)*

#211655    310-553-6800    310-246-6779
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

dmarroso@omm.com
*E-Mail Address*

of O'Melveny & Myers LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
  [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  [ ] for failure to complete Application: _____
    [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
  [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated  December 12, 2016

*[signature]*
U.S. District Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1