DANIEL M. PETROCELLI SBN: 97802
O'MELVENY & MYERS LLP
1999 AVENUE OF THE STARS, 8TH FLOOR,
LOS ANGELES, CA 90067
(310) 553-6700

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

GLOBAL MUSIC RIGHTS, LLC

v.

RADIO MUSIC LICENSE COMMITTEE, INC.

CASE NUMBER:
2:16CV09051 BRO (ASx)

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☒ summons ☐ first amended complaint ☐ third party complaint
   ☒ complaint ☐ second amended complaint ☐ counter claim
   ☐ alias summons ☐ third amended complaint ☐ cross claim
   ☒ other **SEE ATTACHED DOCUMENT LIST**

2. **Person served:**

   a. ☒ Defendant *(name:)* **RADIO MUSIC LICENSE COMMITTEE, INC.**
   b. ☒ Other *(specify name and title or relationship to the party/business named)*:
      **WILLIAM VELEZ - REGISTERED AGENT FOR SERVICE OF PROCESS**
   c. ☒ Address where the papers were served: **1616 WESTGATE CIRCLE
      BRENTWOOD, TN 37027**

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:

   a. ☐ Federal Rules of Civil Procedure
   b. ☒ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☐ **Papers were served on** *(date):* at *(time):*

   b. ☒ By **Substituted Service.** By leaving copies: **RACHEL BROWN - PERSON IN CHARGE**

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☒ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☒ **Papers were served on** *(date):* **12/12/2016** at *(time):* **03:05 pm**

      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☒ **papers were mailed on** Dec 13, 2016 - DECLARATION OF MAILING ATTACHED

      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

**Nationwide Legal, LLC (12-234648)**
1609 James M. Wood Blvd., 2nd Fl
Los Angeles, CA 90015
Phone: (213) 249-9999   Fax: (213) 249-9990

Continued from Proof of Service

**CASE #:** 2:16CV09051 BRO (ASx)   **DATE:** December 12, 2016

**CASE NAME:** GLOBAL MUSIC RIGHTS, LLC VS. RADIO MUSIC LICENSE COMMITTEE, INC.
**SERVED:** RACHEL BROWN - AUTHORIZED TO ACCEPT

**SUMMONS**

**COMPLAINT**

**CIVIL COVER SHEET**

**CORPORATE DISCLOSURE STATEMENT**

**CERTIFICATE AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**

**NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**

**STANDING ORDER REGARDING NEWLY ASSIGNED CASES**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☒ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

   NATIONWIDE LEGAL  
   **WYMAN TRACY KROFT (TN Process Server)**  
   Nationwide Legal, LLC (12-234648)  
   1609 James M. Wood Blvd., 2nd Fl  
   Los Angeles, CA 90015  
   (213) 249-9999

   a. Fee for service: $ .00

   b. ☒ Not a registered California process server

   c. ☐ Exempt from registration under B&P 22350(b)

   d. ☐ Registered California process server  
      Registration # :  
      County:

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **December 12, 2016**  **WYMAN TRACY KROFT (TN Process Server)**  
*Type or Print Server's Name*                                      *(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

| Attorney or Party without Attorney: | | | FOR COURT USE ONLY |
|---|---|---|---|
| DANIEL M. PETROCELLI, SBN: 97802<br>O'MELVENY & MYERS LLP<br>1999 AVENUE OF THE STARS, 8TH FLOOR,<br>LOS ANGELES, CA 90067<br>TELEPHONE No.: (310) 553-6700    FAX No. (Optional): | | E-MAIL ADDRESS (Optional): | |
| Attorney for: PLAINTIFF | | | |
| | | Ref No. or File No.:<br>0600000-0003 | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

Plaintiff: GLOBAL MUSIC RIGHTS, LLC
Defendant: RADIO MUSIC LICENSE COMMITTEE, INC.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:16CV09051 BRO (ASx) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the summons;complaint;CIVIL COVER SHEET; CORPORATE DISCLOSURE STATEMENT; CERTIFICATE AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; STANDING ORDER REGARDING NEWLY ASSIGNED CASES

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

   a. Date of Mailing:        December 13, 2016
   b. Place of Mailing:       LOS ANGELES, California
   c. Addressed as follows:   RADIO MUSIC LICENSE COMMITTEE, INC.
                              ATTENTION: WILLIAM VELEZ - REGISTERED AGENT FOR SERVICE OF PROCESS
                              1616 WESTGATE CIRCLE
                              BRENTWOOD, TN 37027

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business.

Fee for Service:
NATIONWIDE Nationwide Legal, LLC (12-234648)
LEGAL 1609 James M. Wood Blvd., 2nd Fl
Los Angeles, CA 90015
(213) 249-9999
www.nationwideasap.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 12, 2016**.

Signature: _____
ANGELA MARTIROSYAN

PROOF OF SERVICE BY MAIL

Order#: 918896IS/mailproof