1 Alfred Pfeiffer (Bar No. 120965)
al.pfeiffer@lw.com
2 LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
3 San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
4 Facsimile: +1.415.395.8095

5 Attorney for Defendant
RADIO MUSIC LICENSE
6 COMMITTEE, INC.

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 GLOBAL MUSIC RIGHTS, LLC, | CASE NO. 2:16-cv-09051 BRO (ASx) |
| 12     Plaintiff, | |
| 13     v. | **STIPULATION TO ESTABLISH SCHEDULE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT AND BRIEFING ON MOTION TO DISMISS** |
| 14 RADIO MUSIC LICENSE COMMITTEE, INC. and DOES 1 through 3,000, | |
| 15 | |
| 16     Defendant. | |

Global Music Rights, LLC ("GMR") and Radio Music Licensee Committee, Inc. ("RMLC") (together, the "Parties"), by and through their undersigned counsel, respectfully submit the following stipulation to establish a briefing schedule on Plaintiff's Amended Complaint.

WHEREAS, on December 6, 2016, GMR filed the above-captioned action in this Court. RMLC was served with a copy of the Complaint and Demand for Jury Trial ("Complaint") in this action on December 12, 2016;

WHEREAS, on December 19, 2016, pursuant to Local Rule 8-3, the Parties stipulated to extend RMLC's time to respond to the Complaint by 13 days, to January 16, 2017, *see* ECF No. 20;

WHEREAS, counsel for GMR has informed counsel for RMLC that it intends to file an Amended Complaint on January 6, 2017;

WHEREAS, counsel for GMR has agreed to give RMLC additional time to respond to the Amended Complaint, and counsel for RMLC agreed to give GMR additional time to file its opposition;

Accordingly, it is hereby stipulated as follows:

1. RMLC has no obligation to respond to the existing Complaint;

2. RMLC may file a motion to dismiss on January 27, 2017;

3. GMR's response shall be due on February 24, 2017;

4. RMLC's reply, if any, shall be due on March 10, 2017;

5. The hearing, if any, on RMLC's motion shall be held on March 27, 2017.

Dated: January 6, 2017                     Respectfully submitted,

/s/ Alfred Pfeiffer
LATHAM & WATKINS LLP
*Counsel for Radio Music License Committee, Inc.*
By Alfred Pfeiffer

Dated: January 6, 2017                     /s/ Daniel M. Petrocelli
O'MELVENY AND MYERS LLP
*Counsel for Global Music Rights, LLC*
Daniel M. Petrocelli

3

# **ATTESTATION**

Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I, Alfred Pfeiffer, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

                                    */s/ Alfred Pfeiffer*
                                    Alfred Pfeiffer