Alfred Pfeiffer (Bar No. 120965)
al.pfeiffer@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Attorney for Defendant
RADIO MUSIC LICENSE COMMITTEE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL MUSIC RIGHTS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>RADIO MUSIC LICENSE COMMITTEE, INC. and DOES 1 through 3,000,<br><br>          Defendant. | CASE NO. 2:16-cv-09051 BRO (ASx)<br><br>**DECLARATION OF ALFRED PFEIFFER IN SUPPORT OF STIPULATION TO ESTABLISH SCHEDULE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT AND BRIEFING ON MOTION TO DISMISS** |

I, Alfred Pfeiffer, do declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and have entered an appearance on behalf of Defendant Radio Music License Committee, Inc. ("RMLC"), in the above-captioned case. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could testify competently thereto. I submit this declaration in support of the Parties'

Stipulation to Establish Schedule for Defendant to Respond to Plaintiff's Amended Complaint and Briefing on Motion to Dismiss.

2. On December 6, 2016, Global Music Rights, LLC ("GMR") filed the above-captioned action in this Court. RMLC was served with a copy of the Complaint and Demand for Jury Trial ("Complaint") in this action on December 12, 2016.

3. On December 19, 2016, pursuant to Local Rule 8-3, the Parties stipulated to extend RMLC's time to respond to the Complaint by 13 days, to January 16, 2017. *See* ECF No. 20.

4. Counsel for GMR informed counsel for RMLC that it intends to file an Amended Complaint on January 6, 2017.

5. The Parties have conferred and have agreed that, in light of the forthcoming amendment, RMLC need not incur the time and expense of responding to the original Complaint on January 16 and should instead await Plaintiff's filing of the Amended Complaint.

6. The Parties have further conferred and agreed that, in light of the complexity of the claims in this suit and the forthcoming amendments to Plaintiff's allegations in the Amended Complaint, a modest extension of the deadline for RMLC to file a motion to dismiss, and for GMR to respond to that motion, is warranted.

7. The Parties accordingly have agreed that RMLC has no obligation to respond to the existing Complaint and that the Parties shall instead adhere to the following schedule for responding to the Amended Complaint and briefing on a motion to dismiss: RMLC may file a motion to dismiss on January 27, 2017; GMR's response shall be due on February 24, 2017; RMLC's reply, if any, shall be due on March 10, 2017; and the Court shall hold a hearing, if any, on March 27, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 6, 2017, in San Francisco, California.

_____
Alfred C. Pfeiffer, Jr.