1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

11  GLOBAL MUSIC RIGHTS, LLC,
12          Plaintiff,                    CASE NO. 2:16-cv-09051 BRO (ASx)
13      v.
14  RADIO MUSIC LICENSE                   **[PROPOSED] ORDER ON STIPULATION TO ESTABLISH SCHEDULE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT AND BRIEFING ON MOTION TO DISMISS**
    COMMITTEE, INC. and DOES 1
15  through 3,000,
16          Defendant.
17

18
19      Whereas plaintiff Global Music Rights, LLC ("Plaintiff") and defendant
20  Radio Music License Committee, Inc. ("Defendant") have stipulated to establish a
21
    schedule for Defendant to respond to Plaintiff's Amended Complaint to be filed on
22
23  January 6, 2017, and good cause appearing therefor,
24      **IT IS HEREBY ORDERED THAT** Defendant need not respond to
25
    the existing Complaint filed on December 6, 2016 and instead shall have until and
26
27  including January 27, 2017 to respond to the forthcoming Amended Complaint.
28

**IT IS HEREBY FURTHER ORDERED THAT** Plaintiff shall have until and including February 24, 2017 to respond to any motion to dismiss the Amended Complaint that Defendant may file, and that Defendant shall have until and including March 10, 2017 to submit a reply in support of any such motion to dismiss.

**IT IS HEREBY FURTHER ORDERED THAT** the Court shall hold a hearing, if any, on any motion to dismiss that Defendant may file on March 27, 2017.

Dated: _____        _____

Hon. Beverly Reid O'Connell
Judge of the United States District Court