Margaret M. Zwisler
Latham & Watkins LLP
555 Eleventh St., NW
Suite 1000
Washington, DC 20004

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Music Rights, LLC<br><br>Plaintiff(s)<br>v.<br><br>Radio Music License Committee, Inc.<br><br>Defendant(s) | CASE NUMBER<br><br>2:16-cv-09051 BRO (ASz)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Zwisler, Margaret M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 637-2200          (202-637-2201
*Telephone Number*      *Fax Number*

margaret.zwisler@lw.com
*E-Mail Address*

of  Latham & Watkins LLP
555 Eleventh St., NW
Suite 1000
Washington, DC 20004
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Radio Music License Committee, Inc.

*Name(s) of Party(ies) Represent*  ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Abascal, Manuel
*Designee's Name (Last Name, First Name & Middle Initial)*

171301          (213) 485-1234          (213) 891-8763
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

manny.abascal@lw.com
*E-Mail Address*

of  Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

**Dated:** Click here to enter a date.

_____
**U.S. District Judge/U.S. Magistrate Judge**