Margaret M. Zwisler
Latham & Watkins LLP
555 Eleventh St., NW
Suite 1000
Washington, DC 20004

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Global Music Rights, LLC

          Plaintiff(s)

v.

Radio Music License Committee, Inc.

          Defendant(s).

CASE NUMBER

2:16-cv-09051 BRO (ASz)

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Zwisler, Margaret M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 637-2200
*Telephone Number*

(202-637-2201
*Fax Number*

margaret.zwisler@lw.com
*E-Mail Address*

of

Latham & Watkins LLP
555 Eleventh St., NW
Suite 1000
Washington, DC 20004

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Radio Music License Committee, Inc.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Abascal, Manuel
*Designee's Name (Last Name, First Name & Middle Initial)*

171301
*Designee's Cal. Bar No.*

(213) 485-1234
*Telephone Number*

(213) 891-8763
*Fax Number*

manny.abascal@lw.com
*E-Mail Address*

of

Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
    ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application:
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
    ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded, ☐ not be refunded.

**Dated: January 18, 2017**

*[signature]*

**U.S. District Judge**