Jennifer L. Giordano
Latham & Watkins LLP
555 Eleventh St., NW
Suite 1000
Washington, DC 20004

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Music Rights, LLC<br><br>                                  Plaintiff(s)<br>                    v.<br><br>Radio Music License Committee, Inc.<br><br>                                  Defendant(s). | CASE NUMBER<br><br>2:16-cv-09051 BRO (ASz)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Giordano, Jennifer L.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 637-2200                (202) 637-2201
*Telephone Number*           *Fax Number*

Jennifer.giordano@lw.com
*E-Mail Address*

of  Latham & Watkins LLP
    555 Eleventh St., NW
    Suite 1000
    Washington, DC 20004
    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Radio Music License Committee, Inc.
*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Abascal, Manuel
*Designee's Name (Last Name, First Name & Middle Initial)*

171301              (213) 485-1234        (213) 891-8763
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

manny.abascal@lw.com
*E-Mail Address*

of  Latham & Watkins LLP
    355 South Grand Avenue
    Los Angeles, CA 90071-1560
    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: January 18, 2017**

*[signature]*
U.S. District Judge