DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID MARROSO (S.B. #211655)
dmarroso@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

RICHARD G. PARKER (S.B. #327544)
rparker@omm.com
EDWARD D. HASSI (*pro hac vice*)
ehassi@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Plaintiff Global Music Rights, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL MUSIC RIGHTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> RADIO MUSIC LICENSE COMMITTEE, INC. and DOES 1 through 3,000, <br><br> Defendant. | CASE NO. 2:16-cv-09051 BRO (ASx) <br><br> **STIPULATION TO CONTINUE DATE OF HEARING ON DEFENDANT'S MOTION TO DISMISS** <br><br> Amended Complaint served: January 6, 2017 <br> Motion to Dismiss filed: January 27, 2017 <br> Current hearing date: March 27, 2017 <br> Proposed hearing date: April 3, 2017 |

1    Global Music Rights, LLC ("GMR") and Radio Music Licensee
2 Committee, Inc. ("RMLC") (together, the "Parties"), through their respective
3 counsel, respectfully submit the following stipulation to continue the date for the
4 hearing on Defendant's Motion to Dismiss Plaintiff's Amended Complaint:
5    WHEREAS, on January 6, 2017, GMR filed an Amended Complaint
6 in this action in this Court.  The Parties stipulated to extend RMLC's time to
7 respond to the Amended Complaint to January 27, 2017 and to hold a hearing, if
8 any, on RMLC's Motion to Dismiss on March 27, 2017, *see* ECF No. 22;
9    WHEREAS, the Parties have further agreed to continue the date for
10 the hearing on RMLC's Motion to Dismiss;
11    WHEREAS, the briefing on RMLC's Motion to Dismiss is now
12 complete and the parties have agreed not to file any additional papers relating to it;
13 and
14    WHEREAS, for reasons described in the accompanying Declaration
15 of David Marroso, there is good cause for adopting the hearing date to which the
16 Parties have agreed.
17    NOW, THEREFORE, the Parties stipulate and agree as follows:
18    The Court shall hold a hearing, if any, on April 3, 2017.

21 Dated:  March 16, 2017        Respectfully submitted,

22                               /s/ Daniel M. Petrocelli
                                 O'MELVENY & MYERS LLP
23                               *Counsel for Global Music Rights, LLC.*
                                 By Daniel M. Petrocelli
24

25 Dated:  March 16, 2017        /s/ Alfred Pfeiffer
                                 LATHAM & WATKINS LLP
26                               *Counsel for Radio Music License*
                                 *Committee, Inc.*
27                               By Alfred Pfeiffer

28

**ATTESTATION**

Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I, Daniel M. Petrocelli, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

/s/ *Daniel M. Petrocelli*
Daniel M. Petrocelli