DANIEL M. PETROCELLI  (S.B. #97802)
dpetrocelli@omm.com
DAVID MARROSO  (S.B. #211655)
dmarroso@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California  90067-6035
Telephone:   (310) 553-6700
Facsimile:   (310) 246-6779

RICHARD G. PARKER  (S.B. #327544)
rparker@omm.com
EDWARD D. HASSI  (*pro hac vice*)
ehassi@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C.  20006-4001
Telephone:   (202) 383-5300
Facsimile:   (202) 383-5414

*Attorneys for Plaintiff Global Music Rights, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL MUSIC RIGHTS, LLC, | Case No. 2:16-CV-09051 BRO (ASx) |
| Plaintiff, | **DECLARATION OF DAVID MARROSO IN SUPPORT OF STIPULATION TO CONTINUE DATE OF HEARING ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| RADIO MUSIC LICENSE COMMITTEE, INC., | |
| Defendant. | |

DAVID MAROSSO DECLARATION
2:16-CV-09051 BRO (ASX)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, David Marroso, declare as follows:

1.     I am an attorney licensed to practice law in the State of California and before this Court.  I am a partner at the law firm of O'Melveny & Myers LLP, counsel to Plaintiff Global Music Rights, LLC ("GMR").  My business address is 1999 Avenue of the Stars, Los Angeles, California 90067-6035.

2.     I submit this declaration in support of the Parties' Stipulation to Continue the Date of the Hearing on Defendant Radio Music License Committee's ("RMLC") Motion to Dismiss.  I have personal knowledge of the matters set forth in this declaration.

3.     On January 6, 2017, GMR filed an Amended Complaint in the above-captioned action in this Court.  The Parties stipulated to extend RMLC's time to respond to the Amended Complaint to January 27, 2017 and to hold a hearing, if any, on RMLC's Motion on March 27, 2017.  *See* ECF No. 22.

4.     GMR is a small company with seventeen employees.  One of its key executives, its Executive Vice President of Business Affairs, who would otherwise attend the hearing, has an immovable travel conflict.

5.     The Parties have conferred and have agreed that, in light of this conflict, the hearing date should be continued one week to April 3, 2017 to ensure that all parties can attend.

6.     The parties have further agreed that the briefing on RMLC's Motion to Dismiss is complete and that the parties will not file any additional briefs or other submissions relating to it.

1

2          I declare under penalty of perjury under the laws of the United States that the

3   foregoing is true and correct.  Executed on the 17th day of March, 2017, in Los

4   Angeles, California

5          Dated:  March 17, 2017

6

7

8                                                   By:  _____

9                                                   David Marroso

10                                                  Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28