1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GLOBAL MUSIC RIGHTS, LLC, | CASE NO. 2:16-cv-09051 BRO (ASx) |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER UPON STIPULATION TO CONTINUE DATE OF HEARING ON DEFENDANT'S MOTION TO DISMISS** |
| RADIO MUSIC LICENSE COMMITTEE, INC. and DOES 1 through 3,000, | |
| Defendant. | Amended Complaint served: January 6, 2017<br>Motion to Dismiss filed: January 27, 2017<br>Current hearing date: March 27, 2017<br>Proposed hearing date: April 3, 2017 |

1  Whereas plaintiff Global Music Rights, LLC ("Plaintiff") and defendant
2  Radio Music License Committee, Inc. ("Defendant") have stipulated to continue
3  the date for the hearing on RMLC's Motion to Dismiss by one week from March
4  27, 2017 to April 3, 2013, and good cause appearing therefor,
5  **IT IS HEREBY ORDERED THAT** the hearing on RMLC's Motion to
6  Dismiss is continued to April 3, 2017.

DATED: _____     _____
                                       Honorable Beverly Reid O'Connell
                                       United States District Judge