DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID MARROSO (S.B. #211655)
dmarroso@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

RICHARD G. PARKER (S.B. #327544)
rparker@omm.com
EDWARD D. HASSI (*pro hac vice*)
ehassi@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Plaintiff Global Music Rights, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL MUSIC RIGHTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RADIO MUSIC LICENSE COMMITTEE, INC. and DOES 1 through 3,000,<br><br>Defendant. | CASE NO. 2:16-cv-09051 BRO (ASx)<br><br>**THE PARTIES' JOINT STATUS REPORT** |

1   Pursuant to this Court's Order (Dkt. 40), Plaintiff Global Music Rights, LLC
2   ("GMR") and Defendant Radio Music License Committee, Inc. ("RMLC")
3   respectfully submit the following further status update regarding the Parties'
4   pending litigation in the Eastern District of Pennsylvania.  GMR and RMLC
5   previously filed a joint status report in this Court on May 5, 2017 (Dkt. 41) and
6   June 5, 2017.  (Dkt.42.)  On March 3, 2017, GMR filed a Motion to Strike
7   Specified Allegations in RMLC's First Amended Complaint (E.D. Pa. Dkt. 56), a
8   Motion to Dismiss RMLC's First Amended Complaint for Lack of Personal
9   Jurisdiction and Improper Venue or to Transfer Venue (E.D. Pa. Dkt. 57), and a
10  Motion to Dismiss for Failure to State a Claim Upon Which Relief may be Granted
11  (E.D. Pa. Dkt. 58).  On March 24, 2017, RMLC filed oppositions to these motions
12  (E.D. Pa. Dkt. 62, 63, and 66), and on April 7, 2017, GMR filed replies in support
13  of the motions (E.D. Pa. Dkt. 69, 70, and 71).  Briefing of the motions is now
14  complete.  As of this date, the court in the Eastern District of Pennsylvania has not
15  yet ruled on any of GMR's motions.

19  Dated:  July 5, 2017                    Respectfully submitted,

20                                           /s/ Daniel M. Petrocelli
                                             O'MELVENY & MYERS LLP
21                                           *Counsel for Global Music Rights, LLC.*
                                             By Daniel M. Petrocelli
22

23  Dated:  July 5, 2017                    /s/ Alfred Pfeiffer
                                             LATHAM & WATKINS LLP
24                                           *Counsel for Radio Music License*
                                             *Committee, Inc.*
25                                           By Alfred Pfeiffer

## **ATTESTATION**

Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I, Daniel M. Petrocelli, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

/s/ *Daniel M. Petrocelli*
Daniel M. Petrocelli