1  DANIEL M. PETROCELLI  (S.B. #97802)
   dpetrocelli@omm.com
2  DAVID MARROSO  (S.B. #211655)
   dmarroso@omm.com
3  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars
4  Los Angeles, California  90067-6035
   Telephone:  (310) 553-6700
5  Facsimile:  (310) 246-6779

6  RICHARD G. PARKER  (S.B. #327544)
   rparker@omm.com
7  EDWARD D. HASSI (*pro hac vice*)
   ehassi@omm.com
8  O'MELVENY & MYERS LLP
   1625 Eye Street, NW
9  Washington, D.C.  20006-4001
   Telephone:  (202) 383-5300
10 Facsimile:  (202) 383-5414

*Attorneys for Plaintiff Global Music Rights, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GLOBAL MUSIC RIGHTS, LLC, | CASE NO. 2:16-cv-09051 TJH (ASx) |
|---|---|
| Plaintiff, | |
| v. | **THE PARTIES' JOINT STATUS REPORT** |
| RADIO MUSIC LICENSE COMMITTEE, INC. and DOES 1 through 3,000, | |
| Defendant. | |

1    Pursuant to Judge Beverly Reid O'Connell's Order (Dkt. 40), Plaintiff
2  Global Music Rights, LLC ("GMR") and Defendant Radio Music License
3  Committee, Inc. ("RMLC") respectfully submit the following further status update
4  regarding the Parties' pending litigation in the Eastern District of Pennsylvania
5  before Judge C. Darnell Jones II.  GMR and RMLC previously filed joint status
6  reports in this Court on May 5, 2017 (Dkt. 41), June 5, 2017 (Dkt.42), July 5, 2017
7  (Dkt. 43), August 4, 2017 (Dkt. 44), September 5, 2017 (Dkt. 46), October 5, 2017
8  (Dkt. 47), November 6, 2017 (Dkt. 48), December 6, 2017 (Dkt. 50), January 5,
9  2018 (Dkt. 52), February 5, 2018 (Dkt. 53), March 7, 2018 (Dkt. 55), April 6, 2018
10 (Dkt. 56), and May 7, 2018 (Dkt. 58).  On March 3, 2017, GMR filed a Motion to
11 Strike Specified Allegations in RMLC's First Amended Complaint (E.D. Pa. Dkt.
12 56), a Motion to Dismiss RMLC's First Amended Complaint for Lack of Personal
13 Jurisdiction and Improper Venue or to Transfer Venue (E.D. Pa. Dkt. 57), and a
14 Motion to Dismiss for Failure to State a Claim Upon Which Relief may be Granted
15 (E.D. Pa. Dkt. 58).  On March 24, 2017, RMLC filed oppositions to these motions
16 (E.D. Pa. Dkt. 62, 63, and 66), and on April 7, 2017, GMR filed replies in support
17 of the motions (E.D. Pa. Dkt. 69, 70, and 71).

18    On July 21, 2017, RMLC filed a Motion for a Preliminary Injunction (E.D.
19 Pa. Dkt. 85, 86, 87).  On August 1, 2017, Judge Jones referred GMR's Motion to
20 Dismiss for Lack of Personal Jurisdiction and Improper Venue or to Transfer
21 Venue to Magistrate Judge Lynne A. Sitarski for a report and recommendation
22 (E.D. Pa. Dkt. 88).  On August 14, 2017, RMLC filed a Motion for Leave to File a
23 Supplemental Memorandum in Opposition to [GMR's] Motion to Dismiss for
24 Lack of Personal Jurisdiction and Improper Venue or to Transfer Venue (E.D. Pa.
25 Dkt. 90).  On August 28, 2017, GMR filed its Opposition to RMLC's Motion for
26 Leave (E.D. Pa. Dkt. 92).  On November 28, 2017, Judge Jones referred RMLC's
27 Motion for Leave to Magistrate Judge Sitarski for a report and recommendation
28 (E.D. Pa. Dkt. 99).

On November 29, 2017, Magistrate Judge Sitarski issued her Report and Recommendation recommending that Judge Jones grant GMR's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or to Transfer Venue and deny RMLC's Motion for Leave to File a Supplemental Memorandum (E.D. Pa. Dkt. 100).  On December 13, 2017, RMLC filed objections to Magistrate Judge Sitarski's Report and Recommendation.  (E.D. Pa. Dkt. 101).  On December 27, 2017, GMR filed responses to those objections, (E.D. Pa. Dkt. 103), and on January 5, 2018, RMLC filed for leave to reply, (E.D. Pa. Dkt. 104), which was granted (E.D. Pa. Dkt. 105).  As of this date, Judge Jones has not issued a ruling regarding Magistrate Judge Sitarski's Report and Recommendation.

On April 2, 2018, GMR filed a request for a telephonic status conference with Judge Jones regarding the status of the RMLC's pending objections to Magistrate Judge Sitarski's Report and Recommendation.  (E.D. Pa. Dkt. 107).  On April 20, 2018, counsel for GMR and RMLC participated in a telephonic status conference.  During the telephonic status conference, Judge Jones's law clerk informed the parties that an unidentified conflict had developed within Judge Jones's Chambers and, due to a staffing transition, the court could not say when a ruling on RMLC's objections was expected.  Judge Jones's law clerk further stated that she was confident the court would not issue a ruling before June 2018.

On May 3, 2018, GMR filed a motion to lift the stay in this action.  (Dkt. 57).  On May 14, 2018, RMLC filed an opposition to GMR's motion to lift the stay, (Dkt. 60), and on May 23, 2018, GMR filed a reply, (Dkt. 61).  GMR's motion to lift the stay is currently pending.

| | | |
|---|---|---|
| 1 | Dated:  June 6, 2018 | Respectfully submitted, |
| 2 | | /s/ Daniel M. Petrocelli |
| 3 | | O'MELVENY & MYERS LLP<br>*Counsel for Global Music Rights, LLC.*<br>By Daniel M. Petrocelli |
| 4 | | |
| 5 | Dated:  June 6, 2018 | /s/ Alfred Pfeiffer |
| 6 | | LATHAM & WATKINS LLP<br>*Counsel for Radio Music License Committee, Inc.* |
| 7 | | By Alfred Pfeiffer |

## **ATTESTATION**

Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I, Daniel M. Petrocelli, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

                                    /s/ *Daniel M. Petrocelli*
                                    Daniel M. Petrocelli