DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID MARROSO (S.B. #211655)
dmarroso@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Attorneys for Plaintiff Global Music Rights, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL MUSIC RIGHTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> RADIO MUSIC LICENSE COMMITTEE, INC. and DOES 1 through 3,000, <br><br> Defendant. | CASE NO. 2:16-cv-09051 TJH (ASx) <br><br> **THE PARTIES' JOINT STATUS REPORT** |

1        Pursuant to Judge Beverly Reid O'Connell's Order (Dkt. 40), Plaintiff Global Music Rights, LLC ("GMR") and Defendant Radio Music License Committee, Inc. ("RMLC") respectfully submit the following further status update regarding the Parties' pending litigation in the Eastern District of Pennsylvania before Judge C. Darnell Jones II.  GMR and RMLC previously filed joint status reports in this Court on May 5, 2017 (Dkt. 41), June 5, 2017 (Dkt.42), July 5, 2017 (Dkt. 43), August 4, 2017 (Dkt. 44), September 5, 2017 (Dkt. 46), October 5, 2017 (Dkt. 47), November 6, 2017 (Dkt. 48), December 6, 2017 (Dkt. 50), January 5, 2018 (Dkt. 52), February 5, 2018 (Dkt. 53), March 7, 2018 (Dkt. 55), April 6, 2018 (Dkt. 56), May 7, 2018 (Dkt. 58), June 6, 2018 (Dkt. 62), July 6, 2018 (Dkt. 63), August 6, 2018 (Dkt. 64), October 5, 2018 (Dkt. 65), November 5, 2018 (Dkt. 66), December 5, 2018 (Dkt. 69), January 4, 2019 (Dkt. 70), and February 4, 2019 (Dkt. 71).  On March 3, 2017, GMR filed a Motion to Strike Specified Allegations in RMLC's First Amended Complaint (E.D. Pa. Dkt. 56), a Motion to Dismiss RMLC's First Amended Complaint for Lack of Personal Jurisdiction and Improper Venue or to Transfer Venue (E.D. Pa. Dkt. 57), and a Motion to Dismiss for Failure to State a Claim Upon Which Relief may be Granted (E.D. Pa. Dkt. 58).  On March 24, 2017, RMLC filed oppositions to these motions (E.D. Pa. Dkt. 62, 63, and 66), and on April 7, 2017, GMR filed replies in support of the motions (E.D. Pa. Dkt. 69, 70, and 71).

        On July 21, 2017, RMLC filed a Motion for a Preliminary Injunction (E.D. Pa. Dkt. 85, 86, 87).  On August 1, 2017, Judge Jones referred GMR's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or to Transfer Venue to Magistrate Judge Lynne A. Sitarski for a report and recommendation (E.D. Pa. Dkt. 88).  On August 14, 2017, RMLC filed a Motion for Leave to File a Supplemental Memorandum in Opposition to [GMR's] Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or to Transfer Venue (E.D. Pa.

Dkt. 90). On August 28, 2017, GMR filed its Opposition to RMLC's Motion for Leave (E.D. Pa. Dkt. 92). On November 28, 2017, Judge Jones referred RMLC's Motion for Leave to Magistrate Judge Sitarski for a report and recommendation (E.D. Pa. Dkt. 99).

On November 29, 2017, Magistrate Judge Sitarski issued her Report and Recommendation recommending that Judge Jones grant GMR's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or to Transfer Venue and deny RMLC's Motion for Leave to File a Supplemental Memorandum (E.D. Pa. Dkt. 100). On December 13, 2017, RMLC filed objections to Magistrate Judge Sitarski's Report and Recommendation. (E.D. Pa. Dkt. 101). On December 27, 2017, GMR filed responses to those objections, (E.D. Pa. Dkt. 103), and on January 5, 2018, RMLC filed for leave to reply, (E.D. Pa. Dkt. 104), which was granted (E.D. Pa. Dkt. 105). As of this date, Judge Jones has not issued a ruling regarding Magistrate Judge Sitarski's Report and Recommendation.

On April 2, 2018, GMR filed a request for a telephonic status conference with Judge Jones regarding the status of the RMLC's pending objections to Magistrate Judge Sitarski's Report and Recommendation. (E.D. Pa. Dkt. 107). On April 20, 2018, counsel for GMR and RMLC participated in a telephonic status conference. During the telephonic status conference, Judge Jones's law clerk informed the parties that an unidentified conflict had developed within Judge Jones's Chambers and, due to a staffing transition, the court could not say when a ruling on RMLC's objections was expected. Judge Jones's law clerk further stated that she was confident the court would not issue a ruling before June 2018.

On May 3, 2018, GMR filed a motion to lift the stay in this action. (Dkt. 57). On May 14, 2018, RMLC filed an opposition to GMR's motion to lift the stay, (Dkt. 60), and on May 23, 2018, GMR filed a reply, (Dkt. 61). On August 14, 2018, the Court denied GMR's motion to lift the stay. (Dkt. 65).

On September 24, 2018, GMR filed a motion for a telephonic status conference in the Pennsylvania Action. (E.D. Pa. Dkt. 109). On January 2, 2019, GMR filed another motion for a telephonic status conference or status report. (E.D. Pa. Dkt. 110). On January 4, 2019, Judge Jones notified the parties that his decision on the pending objections to Magistrate Judge Sitarski's Report & Recommendation would be issued in "short order" and, therefore, GMR's motions for a telephonic status conference or status report (E.D. Pa. Dkt. 109 and 110) were moot (E.D. Pa. Dkt. 113).

On January 18, 2019, RMLC file a motion for leave to supplement the jurisdictional record with additional facts in the Pennsylvania Action. (E.D. Pa. Dkt. 114). On January 29, 2019, GMR filed an opposition to RMLC's motion. (E.D. Pa. Dkt. 115). As of this date, Judge Jones has not issued a ruling with respect to RMLC's motion.

### RMLC's Third Party Subpoena to GMR

As noted in prior status reports, on November 1, 2018, RMLC served a subpoena on GMR in connection with *Radio Music License Committee, Inc. v. Broadcast Music, Inc.*, Case No. 18-cv-4420 (LLS) (S.D.N.Y.), the RMLC's pending rate court proceeding against Broadcast Music, Inc. ("BMI") in the Southern District of New York. On November 30, 2018, as required by Central District of California Local Rule 37-2, GMR sent RMLC its portion of a joint stipulation regarding a motion to quash RMLC's subpoena. On December 10, 2018, GMR filed the parties' joint stipulation regarding GMR's motion to quash, which was transferred to this Court's docket. (*See Global Music Rights, LLC v. Radio Music License Committee, Inc.*, No. 2:18-mc-00170-TJH-AS (C.D. Cal.), Dkts. 1, 12).

On January 8, 2019, the parties participated in a hearing before Magistrate Judge Sagar regarding GMR's motion to quash. On January 18, 2019, Magistrate

1 | Judge Sagar granted in part GMR's motion to quash. (*Id.* Dkt. 32).

2 | Dated: March 6, 2019                Respectfully submitted,

3 | /s/ Daniel M. Petrocelli
4 | O'MELVENY & MYERS LLP
    *Counsel for Global Music Rights, LLC.*
5 | By Daniel M. Petrocelli

6 | Dated: March 6, 2019                /s/ Alfred Pfeiffer
7 | LATHAM & WATKINS LLP
    *Counsel for Radio Music License Committee, Inc.*
8 | By Alfred Pfeiffer

## **ATTESTATION**

Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I, Daniel M. Petrocelli, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

/s/ *Daniel M. Petrocelli*
Daniel M. Petrocelli