DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID MARROSO (S.B. #211655)
dmarroso@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Attorneys for Plaintiff Global Music Rights, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL MUSIC RIGHTS, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>RADIO MUSIC LICENSE COMMITTEE, INC. and DOES 1 through 3,000,<br><br>   Defendant. | CASE NO. 2:16-cv-09051 TJH (ASx)<br><br>**THE PARTIES' JOINT STATUS REPORT** |

1    Plaintiff Global Music Rights ("GMR") and Defendant Radio Music License
2 Committee, Inc. ("RMLC") hereby notify this Court that, on March 29, 2019, the
3 United States District Court for the Eastern District of Pennsylvania, the Honorable
4 C. Darnell Jones, II, has transferred the action captioned Case No. 2:16-cv-06076-
5 CDJ RADIO MUSIC LICENSE COMMITTEE, INC. v. GLOBAL MUSIC
6 RIGHTS, LLC ("the Pennsylvania Action") to the Central District of California.
7 Judge Jones ruled that the Eastern District of Pennsylvania may not exercise
8 personal jurisdiction over GMR, that venue is not proper in that judicial district,
9 and that transfer to this court was proper pursuant to 28 U.S.C. § 1406(a).
10 Attached hereto as Exhibit A is Judge Jones' Memorandum, and attached hereto as
11 Exhibit B is Judge Jones' Order.
12    As this Court is aware, on April 7, 2017, Judge Beverly Reid O'Connell
13 issued an order staying proceedings in this action pending resolution of GMR's
14 (then-)pending motions to dismiss for lack of personal jurisdiction and venue in the
15 Pennsylvania Action.  (Dkt. 40.).  Judge O'Connell's April 7, 2017 order indicated
16 that "if the Pennsylvania action is dismissed or transferred to this Court, the stay
17 may be lifted and the actions consolidated." (*Id.* at 12).  As of the date of this joint
18 status report, RMLC's Pennsylvania Action has not yet been docketed in this
19 Court.
20    In light of Judge Jones' decision, and pursuant to the Court's order, the
21 parties have scheduled a meet and confer next week to attempt to agree on a case
22 management proposal to most efficiently coordinate these two related cases, once
23 RMLC's Pennsylvania Action is docketed in this Court.  The parties hope that they
24 will be able to agree upon a proposal that they could then jointly present to this
25 Court for consideration.  If the parties are unable to agree, the parties propose that
26 they each present their competing proposals to the Court for consideration.  The
27 parties propose to submit their agreed-upon proposal (or competing proposals) to
28

this Court on April 17, 2019, or seven business days after this Court formally dockets RMLC's Pennsylvania action, whichever is later.

Dated: April 5, 2019                                      Respectfully submitted,

/s/ Daniel M. Petrocelli
O'MELVENY & MYERS LLP
*Counsel for Global Music Rights, LLC.*
By Daniel M. Petrocelli

Dated: April 5, 2019                                      /s/ Alfred Pfeiffer
LATHAM & WATKINS LLP
*Counsel for Radio Music License Committee, Inc.*
By Alfred Pfeiffer

# **ATTESTATION**

Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I, Daniel M. Petrocelli, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: April 5, 2019         /s/ *Daniel M. Petrocelli*
                                            Daniel M. Petrocelli