EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RADIO MUSIC LICENSE COMMITTEE, INC., | : : | |
| *Plaintiff*, | : : | CIVIL ACTION |
| v. | : : : | NO. 16-6076 |
| GLOBAL MUSIC RIGHTS, LLC, *Defendant*. | : : | |

## ORDER

**AND NOW**, this 29th day of March, 2019, after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and any objections or responses filed thereto, it is hereby **ORDERED** that:

1. Radio Music License Committee, Inc.'s Objections to the Report and Recommendation (ECF No. 101) are **GRANTED**, in part, and **DENIED**, in part;

2. "Section E" (pp. 39-40) of the Report and Recommendation (ECF No. 100) is **STRICKEN** and the Report and Recommendation is otherwise **APPROVED** and **ADOPTED**.

Upon consideration of the following motions, it is further **ORDERED**, as follows:

1. Global Music Rights, LLC's Motion to Strike (ECF No. 56) is **GRANTED**. The allegations identified in Exhibit A to the Memorandum of Law in Support of the Motion to Strike (ECF No. 56-2) are hereby **STRICKEN**;

2. Radio Music License Committee, Inc.'s Motion for Leave to File a Supplemental Memorandum (ECF No. 90), is **GRANTED**, in part, and **DENIED**, in part, as set forth in the accompanying Memorandum;

3. Radio Music License Committee, Inc.'s Second Motion for Leave to File a Supplemental Memorandum (ECF No. 114), is **DENIED**;

4. Global Music Rights, LLC's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (ECF No. 57) is **GRANTED**;

1

2

It is further **ORDERED** that Civil Action No. 2:16-cv-06076 is **TRANSFERRED** to the United States District Court for the Central District of California where the related case, *Global Music Rights, LLC v. Radio Music License Comm., Inc., et al.*, No. 2:16-cv-09051-BRO-AS (C.D. Cal.) (ECF No. 1) is pending, pursuant to 28 U.S.C. § 1406(a). The Clerk of Courts shall mark this case **CLOSED** for statistical and all other purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II    J.

2