| | |
|---|---|
| 1 | DANIEL M. PETROCELLI  (S.B. #97802) |
| 2 | dpetrocelli@omm.com |
|   | DAVID MARROSO (S.B. #211655) |
| 3 | dmarroso@omm.com |
| 4 | STEPHEN J. MCINTYRE (S.B. #274481) |
|   | smcintyre@omm.com |
| 5 | O'MELVENY & MYERS LLP |
| 6 | 1999 Avenue of the Stars |
|   | Los Angeles, California  90067 |
| 7 | Telephone:   (310) 553-6700 |
| 8 | Facsimile:    (310) 246-6779 |
| 9 | |
|   | KATRINA ROBSON (S.B. #229835) |
| 10 | krobson@omm.com |
|    | O'MELVENY & MYERS LLP |
| 11 | 1625 Eye Street, NW |
| 12 | Washington, DC 20006 |
|    | Telephone:   (202) 383-5300 |
| 13 | Facsimile:    (202) 383-5414 |
| 14 | *Attorneys for Plaintiff Global Music Rights, LLC* |
| 15 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 18 | GLOBAL MUSIC RIGHTS, LLC, | Case Nos. 2:16-cv-09051-TJH-AS |
| 19 | Plaintiff, | |
| 20 | v. | 2:19-cv-03957-TJH-AS |
| 21 | | |
| 22 | RADIO MUSIC LICENSE COMMITTEE, INC. and DOES 1 | **[PROPOSED] ORDER REGARDING GLOBAL MUSIC RIGHT'S MOTION TO COMPEL** |
| 23 | through 3,000, | |
|    | Defendant. | |
| 24 | *and* | **[DISCOVERY MATTER]** |
| 25 | | |
| 26 | | Judge: Hon. Terry J. Hatter |
| 27 | RADIO MUSIC LICENSE | Magistrate Judge: Hon. Alka Sagar |
| 28 | COMMITTEE, INC., | Hearing: January 7, 2020 |

| | |
|---|---|
| Plaintiff, <br><br> v. <br><br> GLOBAL MUSIC RIGHTS, LLC, <br>    Defendant. | Time: 10:00 AM <br> Place: Courtroom 540 Roybal Federal Building and United States Courthouse <br> Fact Discovery Cut-Off: March 2, 2020 <br> Pre-Trial Conference: October 19, 2020 <br> Trial Date: TBD |

Based upon the Joint Stipulation Regarding Global Music Rights, LLC's Motion To Compel Responses To Requests For Production Of Documents it is HEREBY ORDERED that Radio Music License Committee, Inc.'s ("RMLC's") must comply in full with Global Music Rights' Requests for Production Nos. 1, 13, 27, 38-40, 42-45, 47-50, 52, 58, 69, and 75-86 21, 28, 29, 30, 32, 35, 46, and 47.  It is further ORDERED that RMLC must designate as custodians all current members of its Board of Directors and all individuals who were members of RMLC's Executive Committee or Board of Directors at the time this litigation began:  Jim Coloff, Ben Downs, Collin Jones, Marc Manahan, Johnny Palumbo, Karen Wishart, Don Curtis, Joyce Fitch, Patricia MacDonald Garber, Donna Heffner, Christopher Kitchen, Dan Mason, Art Rowbotham, Jeffrey J. Scarpelli, Pat Walsh, Jo Ann Haller, Dean Pearce, Julian Young, John Buergler, Steve Grosso, Jerry Hanszen, and Linda Vilardo.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                            The Honorable Alka Sagar
                                            United States Magistrate Judge